In re **Juan M Guerrero,**
**Perla Soberanis**
Debtors

Case No. **10-14658**

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3 bedroom house 1 1/2 bath<br>1,200 square feet<br>La Libertad<br>El Salvador<br>Empty - not rentable<br>Total value $50,000** | **1/2 owner with Ruby Soberanis** | **H** | **25,000.00** | **0.00** |
| **286 Adele Ave,<br>Rohnert Park CA 94928<br>143-091-032-000<br>Beds: 3<br>Baths: 2.0<br>Sqft: 1,332<br>Lot: 6,969<br>Built: 1958** | | **C** | **259,000.00** | **436,567.00** |

Sub-Total > **284,000.00** (Total of this page)

Total > **284,000.00**

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)


Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re **Juan M Guerrero**
**Perla Soberanis**

Debtor(s)

Case No. **10-14658**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 3, 2010** Signature **/s/ Juan M Guerrero**
**Juan M Guerrero**
Debtor

Date **December 3, 2010** Signature **/s/ Perla Soberanis**
**Perla Soberanis**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy