DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>    JUAN M GUERRERO and PERLA SOBERANIS<br>    1552 GRETCHEN CT<br>    ROHNERT PARK, CA 94928<br><br>    ###-##-4031  ###-##-2657<br>                     Debtor(s). | Case No.: 10-1-4658AJ13<br>Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date:   01/11/2011
Time:   2:00 PM
Place:  Office of the United States Trustee
        777 Sonoma Ave., First Floor, #116
        Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date:   2/9/2011
Time:   1:30 PM
Place:  United States Bankruptcy Court
        99 South E Street
        Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Trustee requests a *__signed__* copy of Debtors' 2009 Federal Income Tax Return. Debtors' tax return is due seven days prior to the Debtors' 341 Meeting of Creditors.

2. The Trustee requests copies of Debtors' payment advices received in the last six months prior to the filing of the Bankruptcy (June 2010 through November 2010), or, in the alternative, a Debtors' declaration that details why pay advices cannot be provided.

3. Paragraph 11 of the Debtors' plan indicates the lien on the Debtors' real property held by Bank Of America shall be voided.  The Trustee requests that Debtors' Notice and Motion to Avoid Lien be filed and resolved prior to confirmation.

4. Schedule I reflects monthly income of $1,000.00 from "Income from real property".  The Trustee requests verification of this said monthly income.

5. Schedule I reflects monthly income of $500.00 from "Food Stamps".  The Trustee requests verification of this said monthly income.

6. Schedule I fails to provide for Mrs. Soberanis's current employment status.  The Trustee requests Debtors' counsel amend Schedule I and provide for this omitted information.

7. Schedule A reflects the value of Debtors' real property located at 1552 Gretchen Ct., Rohnert Park, California as $200,000.00. Trustee requests verification of how Debtors' arrived at this value.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: December 21, 2010    DAVID BURCHARD
                            DAVID BURCHARD, Chapter 13 Trustee

## Certificate of Mailing

I, WENDY KARNES, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

JUAN M GUERRERO
1552 GRETCHEN CT
ROHNERT PARK, CA 94928

PERLA SOBERANIS
286 ADELE AVE
ROHNERT PARK, CA 94928

DANIEL B. BECK
BECK LAW, P.C.
2681 CLEVELAND AVE.
SANTA ROSA, CA 95403

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Dated: December 21, 2010    WENDY KARNES
                            WENDY KARNES (NSJ)