Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-14658 |
| Juan M Guerrero and Perla Soberanis | Chapter 13 |
| Debtor(s) | |
| _____/ | |

**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO**

**VALUE LIEN AT $0 AND AVOID LIEN UPON DISCHARGE**

TO SECURED JUNIOR LIENHOLDER BANK OF AMERICA, N.A., CHAPTER 13 TRUSTEE, AND ALL PARTIES IN INTEREST, AND TO THEIR ATTORNEYS OF RECORD:

Take Notice – <u>this is a Scream or Die Procedure</u>. Debtor is giving you Notice that you have an Opportunity for a hearing on Debtor's attached motion to value the lien you hold on Debtor's real property 86 Adele Ave, Rohnert Park, CA 94928, APN: 143-091-032-000 in the County of Sonoma, at zero dollars ($0), and for an order that the Lien may not be enforced, and for an order permanently stripping the Lien from Debtor's real property should Debtor receive a Discharge upon completing her Chapter 13 plan payments.

//

This scream or die procedure is prescribed by Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California. Under this procedure <u>any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice;</u>

A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

<u>If you do not file a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;</u>

Debtor will give at least 10 days written notice of a hearing to the objecting or requesting party, and to the trustee appointed in the case, in the event an objection or request for hearing is timely.

Date: February 22, 2011          /s/ Dan Beck_____
                                 Dan Beck
                                 Attorney for Debtor

| | |
|---|---|
| 1 | Daniel B. Beck, SBN 63865 |
| | Evan Livingstone, SBN 252008 |
| 2 | Beck Law P.C. |
| | 2681 Cleveland Avenue |
| 3 | Santa Rosa CA 95403 |
| | Phone: 707-576-7175 |
| 4 | Fax: 707-576-18782681 |
| 5 | Attorneys for Debtors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| In re: | | Case No. | 10-14658 |
| Juan M Guerrero and Perla Soberanis | | Chapter | 13 |
| Debtor(s) | | | |
| _____/ | | **CERTIFICATE OF SERVICE** | |

I hereby certify that on February 22, 2011, a copy of above NOTICE OF OPPORTUNITY FOR HEARING ON MOTION FOR ORDER VALUING LIEN OF SECURED CREDITOR AS $0 as well as a copy of Debtor(s) MOTION TO VALUE LIEN OF SECURED CREDITOR AS $0 AND TO AVOID LIEN ON DISCHARGE, was served, to the Chapter 13 Trustee, electronically and to the creditor listed below by <u>certified mail addressed to an officer of the institution</u>.

Brian Moynihan
CEO and President
Bank of America, N.A.
P.O. Box 26012, NC4-105-02-99
Greensboro, NC 27420

Date: February 22, 2011        *Evan Livingstone*
                              _____
                              Evan Livingstone