NICOLAS DALUISO, #163553
JOE SOLSENG, #262127
Robinson Tait, P.S.
710 Second Ave, Suite 710
Seattle, WA 98104
Phone: (206) 876-3268
Facsimile: (206) 676-9659

Attorneys for Secured Creditor
**BANK OF AMERICA, N.A.,**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## AT SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>JUAN M GUERRERO AND<br>PERLA SOBERANIS,<br><br>Debtors. | BANKRUPTCY NO. 10-14658-AJ<br>RS ND No. ND-520<br>CHAPTER NO. 13<br><br>**BANK OF AMERICA, N.A.'S OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN**<br><br><u>**341(a) HEARING:**</u><br>**DATE:** March 8, 2011<br>**TIME:** 1:00 p.m.<br>**LOCATION:** Office of the U.S. Trustee<br>777 Sonoma Ave.<br>#116<br>Santa Rosa, CA 95404<br><br><u>**CONFIRMATION HEARING:**</u><br>**DATE:** April 26, 2011<br>**TIME:** 1:30 p.m.<br>**LOCATION:** U.S. Bankruptcy Court<br>99 South E. St.,<br>Santa Rosa Courtroom<br>Santa Rosa, CA 95404 |

TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, TO THE CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE, THE DEBTORS, AND THE DEBTORS' ATTORNEY:

OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN - 1
60173-0048-BK-6\Objection to Confirmation of Chapter 13 Plan California.doc

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
(206) 676-9659

Case: 10-14658   Doc# 23   Filed: 03/02/11   Entered: 03/02/11 16:20:16   Page 1 of 2

BANK OF AMERICA, N.A. (hereinafter "BOA") is the holder of the secured claim for Debtors' real property located at 286 Adele Avenue, Rohnert Park, CA 94928. BOA is, therefore, a party in interest and has standing to object to the Debtors' Amended Chapter 13 Plan.

The total amount owing on BOA's lien is 173,507.72. The pre-petition amount that is due and owing under the Note is $30,423.12 and is itemized on Exhibit "A" attached and incorporated hereto. BOA objects to the Amended Plan on the following grounds:

1. The Debtors' Amended Plan does not provide for the pre petition arrearages in the amount of $30,423.12 or provide for the ongoing monthly payments owed to BOA.

2. The Debtors' Motion to Value Lien at $0 and Avoid Lien Upon Discharge has not yet been resolved.

3. BOA requests the Confirmation hearing be continued until BOA's secured status can be determined.

DATED this 2nd day of March, 2011.

/s/Nicolas Daluiso
NICOLAS DALUISO, #163553
Robinson Tait, P.S.
Attorneys for BANK OF AMERICA, N.A.

OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN - 2
60173-0048-BK-6\Objection to Confirmation of Chapter 13 Plan California.doc

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
(206) 676-9640

Case: 10-14658   Doc# 23   Filed: 03/02/11   Entered: 03/02/11 16:20:16   Page 2 of 2