NICOLAS A. DALUISO, #163553
JOE SOLSENG, #262127
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, Washington 98104
Telephone: (206) 876-3268
Fax: (206) 676-9659

Attorneys for Secured Creditor,
BANK OF AMERICA, N.A..

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>JUAN M. GUERRERO AND PERLA SOBERANIS<br><br>                Debtor. | Bankruptcy Case No. 10-14658-AJ<br>RS No. ND-521<br>Chapter 13<br><br>BANK OF AMERICA, N.A.'S OBJECTION TO MOTION TO VALUE LIEN AT $0 AND AVOID LIEN UPON DISCHARGE AND REQUEST FOR HEARING |

COMES NOW, BANK OF AMERICA, N.A. ("BOA") and objects to the Debtors' Motion to Value Lien at $0 and Avoid Lien Upon Discharge (hereinafter "Motion"). BOA is the holder of secured claims in this case, secured by a lien on the debtor's principal place of residence, commonly known as 286 Adele Avenue, Rohnert Park, CA 94928 APN: 143-091-032. The total amount owed on BOA's junior lien is 173,507.72.

BOA objects to the Debtor's valuation of this property and requests that this hearing be continued in order for BOA to obtain additional information to complete an appraisal. BOA would like to obtain its own valuation of the Property as the information readily available to BOA provides different valuation information than that of the value used by the Debtor.

Case: 10-14658   Doc# 24   Filed: 03/11/11   Entered: 03/11/11 13:31:16   Page 1 of 2

Finally, in the event that the Debtor's Motion is granted, BOA respectfully requests that the Motion be specifically conditioned on the Debtors' successfully completing this Chapter 13 Plan and receiving a discharge in the present case. If there are surplus funds as a result of a foreclosure sale, surplus funds shall be forwarded to BOA and applied towards this loan. Should the Debtors' case be terminated for any reason whatsoever, the Motion would be null and void and BOA's lien would remain in full force and effect.

WHEREFORE, for the foregoing reasons, BOA respectfully requests that the Court continue the hearing on the Debtors' Motion to allow time for BOA to evaluate the Debtors' Property.

DATED this 11th day of March, 2011.

/s/Nicolas A. Daluiso
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Attorneys for BANK OF AMERICA, N.A.