Nicolas Daluiso, 163553
Joe Solseng, 262127
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: 206-676-9640
Fax: 206-676-9659

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>JUAN M GUERRERO and<br>PERLA SOBERANIS,<br><br>Debtors, | BANKRUPTCY NO. 10-14658-AJ<br>RS No. ND-521<br>CHAPTER NO. 13<br><br>NOTICE OF CONDITIONAL WITHDRAWAL OF BANK OF AMERICA, N.A.'S OBJECTION TO MOTION TO VALUE LIEN AT $0 AND AVOID LIEN UPON DISCHARGE AND REQUEST FOR HEARING |

Bank of America, N.A. (hereinafter "BOA") hereby withdraws its objection to Debtors' Motion to Value Lien at $0 and Avoid Lien Upon Discharge and Request for Hearing. BOA does not object to the Detors avoiding BOA's lien, provided that Debtors successfully complete this Chapter 13 Plan and receive a discharge in the present case. Should the Debtors' case be terminated for any reason, any order on the Debtors' Motion to Value Lien at $0 and Avoid Lien would be null and void and BOA's lien would remain in full force and effect.

DATED this 4th day of April, 2011.

/s/ Nicolas Daluiso
Nicolas Daluiso, 163553
Robinson Tait, P.S.
Attorneys For Bank of America, N.A.

WITHDRAWAL OF OBJECTION TO MOTION

Law Offices
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
(206) 676-9640; (206) 676-9659 facsimile

Case: 10-14658   Doc# 26   Filed: 04/04/11   Entered: 04/04/11 13:02:30   Page 1 of 1