Ja Vonne M. Phillips, Esq. SBN 187474
Gregory J. Babcock, Esq. SBN 260437
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for:
Redwood Credit Union, it assignees and/or successors, and the servicing agent Dovenmuehle Mortgage, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re:

Juan M. Guerrero and Perla Soberanis,

    Debtors.

Case No. 10-14658 J

Chapter 13

**NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN**

1

TO: THE DEBTOR, TRUSTEE, ATTORNEYS OF RECORD AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Redwood Credit Union, it assignees and/or successors, and the servicing agent Dovenmuehle Mortgage, Inc., hereby withdraws its Objection to Confirmation of Chapter 13 Plan filed in the above-entitled Court on 1/10/2011.

Dated: 4/22/2011                McCarthy & Holthus, LLP


                                By: /s/ Gregory J. Babcock, Esq.
                                    Gregory J. Babcock, Esq.

## CERTIFICATE OF SERVICE

On 4/22/2011, I served the foregoing **NOTICE OF WITHDRAWALOF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Juan M. Guerrero
1552 Gretchen Court
Rohnert Park, CA 94928

Perla Soberanis
286 Adele Avenue
Rohnert Park, CA 94928
TRUSTEE
David Burchard
393 Vintage Park Drive Suite 150
Foster City, CA 94404


COUNSEL FOR DEBTOR
Daniel B. Beck
2681 Cleveland Avenue
Santa Rosa, CA 95403


SPECIAL NOTICE
Snap-on Credit, LLC
950 Technology Way, Suite 301
Libertyville, IL 60048


**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 4/22/2011         /s/ David Fry
                         David Fry