1  Daniel B. Beck, SBN 63865
   Evan Livingstone, SBN 252008
2  Beck Law P.C.
   2681 Cleveland Avenue
3  Santa Rosa CA 95403
   Phone: 707-576-7175
4  Fax: 707-576-1878

**Signed: June 24, 2011**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

5  Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-14658 |
| Perla Soberanis | Chapter 13 |
| Debtor(s) | |

ORDER ON MOTION TO VALUE LIEN AT $0 AND AVOID LIEN UPON DISCHARGE

On February 22, 2011, Debtor filed a motion to value the lien of Bank of America, N.A. (hereinafter Lienholder) against the property commonly known as 286 Adele Ave, Rohnert Park, CA 94928, Sonoma County AP #143-091-032-000, which lien was recorded in the Sonoma County Recorder's Office on or about 08/30/2006 as document 2006107619 (hereinafter the Lien).

On March 11, 2011, Lienholder Bank of America, N.A. filed an objection to Debtor's Motion. On April 4, 2011, Lienholder Bank of America, N.A. withdrew its objection to Debtor's Motion. Therefore the court hereby orders as follows.

(1) For purposes of Debtor's chapter 13 plan only, the Lien of Bank of America, N.A. is valued at zero, does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

\*\* END OF ORDER \*\*