DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  
    PERLA SOBERANIS  
    286 ADELE AVE  
    ROHNERT PARK, CA 94928

Case No.: 10-1-4658AJ13  
Chapter 13

Debtor(s)

# NOTICE OF FINAL CURE MORTGAGE PAYMENT

The Chapter 13 Trustee, David Burchard, submits this Notice of Final Cure Payment by Debtor(s) pursuant to Bankruptcy Rule 3002.1(f).

The Trustee hereby notifies all parties-in-interest that the above-referenced Debtor(s) has/have completed all payments under the plan and has/have paid in full the amount required to cure pre-petition mortgage arrearages as indicated on the claim of REDWOOD CREDIT UNION , proof of claim #2.

As required by Rule 3002.1(g), within 21 days after service of this notice, the holder of the obligation, REDWOOD CREDIT UNION , shall file and serve on the Debtor(s), Debtor(s)' counsel, and the Trustee a statement indicating:

    (1) Whether it agrees that the Debtor(s) has/have paid in full the amount required to cure the pre-petition mortgage arrearages as indicated on its claim; and

    (2) Whether the Debtor(s) is/are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5) of the Bankruptcy Code.

The statement shall itemize the required cure of the pre- and post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Debtor(s) and the Trustee may file motion in response within 21 days per Rule 3002.1(h).

If REDWOOD CREDIT UNION  fails to timely file this statement, Bankruptcy Rule 3002.1(i) remedies will apply for failure to notify.

Dated:   March 25, 2016

/s/ David Burchard  
David Burchard, Chapter 13 Trustee

# CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of this **Notice of Final Cure Payment** and this **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DANIEL B. BECK
BECK LAW, P.C.
2681 CLEVELAND AVE.
SANTA ROSA, CA 95403


PERLA SOBERANIS
286 ADELE AVE
ROHNERT PARK, CA 94928


REDWOOD CREDIT UNION
DOVENMUEHLE MORTGAGE INC
1 CORPORATE CENTER DRIVE, STE 360
LAKE ZURICH, IL 60047


Dated: March 25, 2016                              JESSICA SANCHEZ
                                                   JESSICA SANCHEZ
                                                   Case Administrator